Sean THOMPSON, Plaintiff–Respondent,

v.

Laura THOMPSON, Respondent–
Appellant.

No. 72424.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 31, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 4, 1998.

Susan K. Roach, Chesterfield, for appel-
lant.

Charles L. Coulter, St. Louis, for respon-
dent.

Before ROBERT G. DOWD, Jr., P.J., and
SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Laura Thompson (Wife) appeals the trial
court's Judgment of Modification of Decree
of Dissolution. Wife argues the trial court
erred in: awarding Sean Thompson (Hus-
band) affirmative relief; reducing Husband's
child support obligation; ordering Wife to
pay Husband retroactive child support;
awarding Wife only a portion of her attor-
ney's fees; ordering Wife to maintain medi-
cal insurance for Sean Michael Thompson
(Child); ordering Wife to pay fifty per cent
of all of Child's uncovered medical expenses;
and awarding Husband additional temporary
physical custody of Child.

We have reviewed the briefs of the parties
and the record on appeal. The trial court's
judgment is supported by substantial evi-
dence and is not against the weight of the
evidence. No error of law appears. An
opinion would have no precedential value.
We affirm pursuant to Rule 84.16(b).